

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00716-CR

Rakim Ahmaad **SHARKEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-7179
Honorable Benjamin Robertson, Judge Presiding

PER CURIAM

Sitting:　　Rebeca C. Martinez, Chief Justice
　　　　　Irene Rios, Justice
　　　　　Lori I. Valenzuela, Justice

Delivered and Filed: April 29, 2026

DISMISSED

On April 16, 2026, appellant filed a motion to dismiss appeal. Appellant's motion references Texas Rule of Appellate Procedure 42.2, which provides:

> At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate copy to the trial court clerk.

TEX. R. APP. P. 42.2(a). Appellant's motion complies with Rule 42.2(a).  Accordingly, we grant the motion and dismiss this appeal.  *See id*.

PER CURIAM

DO NOT PUBLISH